JOSEPH SIMONS, Appellant, *v.* SAMUEL GOLDBACH et al., Respondents.

(Argued October 6, 1890; decided October 14, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 28, 1890, which reversed an order denying a motion to vacate the judgment herein.

*Joseph Kohler* for appellant.

*John Fennel* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.